157 A.3d 480

EQT PRODUCTION COMPANY AND
EQUITRANS, L.P., Respondents

v.

Ronald K. TESKA and Giulia Mannarino, Petitioners

No. 168 WAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

534

## ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**